IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT ALLEN BAUTISTA, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SANTANDER CONSUMER USA, AUDI § <br> HENDERSON, EQUIFAX INC., § <br> EXPERIAN CORPORATION, and § <br> TRANSUNION, § <br> § <br> Defendants. § | Case No. _____ |

**EXHIBIT A - INDEX OF STATE COURT DOCUMENTS**

| DOCUMENT | DATE FILED |
|---|---|
| Court's Docket Sheet | As of 11/22/2024 |
| Civil Cover Sheet | 10/25/2024 |
| Plaintiff's Original Petition | 10/25/2024 |
| Citations Issued to TransUnion LLC | 10/29/2024 |
| Citation Issued to Santander Consumer USA | 10/29/2024 |
| Citation Issued to Audi Henderson | 10/29/2024 |
| Citation Issued to Equifax Inc. | 10/29/2024 |
| Citation Issued to Experian Corporation | 10/29/2024 |
| Return of Service – Equifax Inc. | 11/1/2024 |
| Return of Service – Trans Union LLC | 11/4/2024 |
| Affidavit of Non-Service – Eldridge A. Burns/Santander Consumer Usa | 11/7/2024 |
| Return of Service – Experian Corporation | 11/7/2024 |
| Affidavit of Non-Service – Tyler Corder/Audi Henderson | 11/8/2024 |
| Plaintiff's Durable Power of Attorney | 11/8/2024 |
| Return of Service – Santander Consumer USA | 11/13/2024 |

1

7676644.1

2

| | |
|---|---|
| Return of Service – Audi Henderson | 11/13/2024 |
| Correspondence – Letter to File | 11/20/2024 |
| Proposed Order for Default Judgment | 11/20/2024 |

7676644.1