# EXHIBIT A

## Case Information

DC-24-18871 | ROBERT ALLEN BAUTISTA vs. SANTANDER CONSUMER USA, et al

Case Number
DC-24-18871

Court
162nd District Court

Judicial Officer
WYSOCKI, ASHLEY

File Date
10/25/2024

Case Type
CNTR CNSMR COM DEBT

Case Status
OPEN

## Party

PLAINTIFF
BAUTISTA, ROBERT ALLEN

Active Attorneys ▾
Pro Se

DEFENDANT
SANTANDER CONSUMER USA

DEFENDANT
AUDI HENDERSON

DEFENDANT
EQUIFAX INC.

DEFENDANT
EXPERIAN CORPORATION

DEFENDANT
TRANSUNION

## Events and Hearings

| 10/25/2024 NEW CASE FILED (OCA) - CIVIL |
|---|

10/25/2024 CASE FILING COVER SHEET ▾

CASE FILING COVER SHEET

10/25/2024 ORIGINAL PETITION ▾

ORIGINAL PETITION

10/29/2024 ISSUE CITATION ▾

ISSUE CITATION - SANTANDER CONSUMER USA

ISSUE CITATION - AUDI HENDERSON

ISSUE CITATION - EQUIFAX INC.

ISSUE CITATION - EXPERIAN CORPORATION

ISSUE CITATION - TRANSUNION

10/31/2024 CITATION ▾

Served
11/11/2024

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
11/13/2024
Comment
SANTANDER CONSUMER USA

10/31/2024 CITATION ▾

Served
11/12/2024

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
11/13/2024
Comment
AUDI HENDERSON

---

10/31/2024 CITATION ⌄

Served
11/01/2024

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
11/01/2024
Comment
EQUIFAX INC.

---

10/31/2024 CITATION ⌄

Served
11/05/2024

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
11/07/2024
Comment
EXPERIAN CORPORATION

---

10/31/2024 CITATION ⌄

Served
11/01/2024

Anticipated Server
ESERVE

Anticipated Method

Actual Server
OUT OF STATE

Returned
11/04/2024
Comment
TRANSUNION

---

11/01/2024 RETURN OF SERVICE ▾

EXECUTED CITATION - EQUIFAX INC.

Comment
EXECUTED CITATION - EQUIFAX INC.

---

11/04/2024 RETURN OF SERVICE ▾

EXECUTED CITATION - TRANSUNION

Comment
EXECUTED CITATION - TRANSUNION

---

11/07/2024 AFFIDAVIT ▾

OF NON-SERVICE - ELDRIDGE A BURNS JR.

Comment
OF NON-SERVICE - ELDRIDGE A BURNS JR.

---

11/07/2024 RETURN OF SERVICE ▾

EXECUTED CITATION - EXPERIAN CORPORATION

Comment
EXECUTED CITATION - EXPERIAN CORPORATION

---

11/08/2024 AFFIDAVIT ▾

Comment
OF NON-SERVICE - TYLER CORDER

---

11/08/2024 AFFIDAVIT ▾

OF NON-SERVICE - AUDI HENDERSON

Comment
OF NON-SERVICE - AUDI HENDERSON

---

11/08/2024 MISCELLANOUS EVENT ▾

DURABLE POWER OF ATTORNEY

Comment
DURABLE POWER OF ATTORNEY

11/13/2024 RETURN OF SERVICE ▾

EXECUTED CITATION - SANTANDER CONSUMER USA

Comment
EXECUTED CITATION - SANTANDER CONSUMER USA

11/13/2024 RETURN OF SERVICE ▾

EXECUTED CITATION - AUDI HENDERSON

Comment
EXECUTED CITATION - AUDI HENDERSON

11/20/2024 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

Comment
RE: PROPOSED ORDER FOR DEFAULT JUDGMENT

11/20/2024 PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER FOR DEFAULT JUDGMENT

Comment
PROPOSED ORDER FOR DEFAULT JUDGMENT

11/27/2024 Motion - Default Judgment ▾

Judicial Officer
MUNOZ, NICOLE

Hearing Time
1:30 PM

# Financial

BAUTISTA, ROBERT ALLEN

|  |  |
|---|---|
| Total Financial Assessment | $390.00 |
| Total Payments and Credits | $390.00 |

| Date | Description | Receipt | Party | Amount |
|------|-------------|---------|-------|--------|
| 10/25/2024 | Transaction Assessment | | | $350.00 |
| 10/25/2024 | PAYMENT (CASE FEES) | Receipt # 74811-2024-DCLK | BAUTISTA, ROBERT ALLEN | ($350.00) |
| 10/29/2024 | Transaction Assessment | | | $40.00 |
| 10/29/2024 | PAYMENT (CASE FEES) | Receipt # 75547-2024-DCLK | BAUTISTA, ROBERT ALLEN | ($40.00) |

## Documents

CASE FILING COVER SHEET

ORIGINAL PETITION

ISSUE CITATION - SANTANDER CONSUMER USA

ISSUE CITATION - AUDI HENDERSON

ISSUE CITATION - EQUIFAX INC.

ISSUE CITATION - EXPERIAN CORPORATION

ISSUE CITATION - TRANSUNION

EXECUTED CITATION - EQUIFAX INC.

EXECUTED CITATION - TRANSUNION

OF NON-SERVICE - ELDRIDGE A BURNS JR.

EXECUTED CITATION - EXPERIAN CORPORATION

OF NON-SERVICE - AUDI HENDERSON

DURABLE POWER OF ATTORNEY

EXECUTED CITATION - SANTANDER CONSUMER USA

EXECUTED CITATION - AUDI HENDERSON

CORRESPONDENCE - LETTER TO FILE

PROPOSED ORDER FOR DEFAULT JUDGMENT