# CIVIL CASE INFORMATION SHEET

**I-162nd**

**CAUSE NUMBER** *(FOR CLERK USE ONLY):* DC-24-788 M    **COURT** *(FOR CLERK USE ONLY):* _____

**STYLED** ROBERT ALLEN BAUTISTA© v. SANTANDER
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name: ROBERT ALLEN BAUTISTA©/ATTORNEY-IN-FACT | Email: RBRTBTST16@GMAIL.COM | Plaintiff(s)/Petitioner(s): ROBERT ALLEN BAUTISTA©/AGENT | ☐ Attorney for Plaintiff/Petitioner |
| Address: PO BOX 131385 | Telephone: 702-501-9639 | ROBERT ALLEN BAUTISTA©/ATTORNEY-IN-FACT | ■ *Pro Se* Plaintiff/Petitioner ☐ Title IV-D Agency ☐ Other: |
| City/State/Zip: DALLAS TX 75313-1385 | Fax: 702-729-3010 | Defendant(s)/Respondent(s): Santander Consumer USA 036067583 | Additional Parties in Child Support Case: Custodial Parent: |
| WITHOUT RECOURSE WITHOUT PREJUDICE Signature: By: Robert Allen Bautista/agent Robert Allen Bautista/Attorney-in-fact | State Bar No: | Audi Henderson 030759652 Equifax Inc. 045812369 TransUnion 078578196 Experian Corporation 958051591 | Non-Custodial Parent: Presumed Father: |

[Attach additional page as necessary to list all parties]

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

### Civil

| Contract | Injury or Damage | Real Property |
|---|---|---|
| *Debt/Contract* | ☐ Assault/Battery | ☐ Eminent Domain/ Condemnation |
| ☐ Consumer/DTPA | ☐ Construction | ☐ Partition |
| ☐ Debt/Contract | ☐ Defamation | ☐ Quiet Title |
| ■ Fraud/Misrepresentation | *Malpractice* | ☐ Trespass to Try Title |
| ☐ Other Debt/Contract: _____ | ☐ Accounting | ☐ Other Property: _____ |
| *Foreclosure* | ☐ Legal | |
| ☐ Home Equity—Expedited | ☐ Medical | |
| ☐ Other Foreclosure | ☐ Other Professional Liability: _____ | |
| ☐ Franchise | | **Related to Criminal Matters** |
| ☐ Insurance | ☐ Motor Vehicle Accident | ☐ Expunction |
| ☐ Landlord/Tenant | ☐ Premises | ☐ Judgment Nisi |
| ☐ Non-Competition | *Product Liability* | ☐ Non-Disclosure |
| ☐ Partnership | ☐ Asbestos/Silica | ☐ Seizure/Forfeiture |
| ☐ Other Contract: _____ | ☐ Other Product Liability List Product: _____ | ☐ Writ of Habeas Corpus— Pre-indictment |
| | ☐ Other Injury or Damage: _____ | ☐ Other: _____ |

| Employment | Other Civil | |
|---|---|---|
| ☐ Discrimination | ☐ Administrative Appeal | ☐ Lawyer Discipline |
| ☐ Retaliation | ☐ Antitrust/Unfair Competition | ☐ Perpetuate Testimony |
| ☐ Termination | ☐ Code Violations | ☐ Securities/Stock |
| ☐ Workers' Compensation | ☐ Foreign Judgment | ☐ Tortious Interference |
| ☐ Other Employment: _____ | ☐ Intellectual Property | ☐ Other: _____ |

### Family Law

| Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|
| ☐ Annulment | ☐ Enforcement |
| ☐ Declare Marriage Void | ☐ Modification—Custody |
| *Divorce* | ☐ Modification—Other |
| ☐ With Children | **Title IV-D** |
| ☐ No Children | ☐ Enforcement/Modification |
| | ☐ Paternity |
| | ☐ Reciprocals (UIFSA) |
| | ☐ Support Order |

| Other Family Law | Parent-Child Relationship |
|---|---|
| ☐ Enforce Foreign Judgment | ☐ Adoption/Adoption with Termination |
| ☐ Habeas Corpus | ☐ Child Protection |
| ☐ Name Change | ☐ Child Support |
| ☐ Protective Order | ☐ Custody or Visitation |
| ☐ Removal of Disabilities of Minority | ☐ Gestational Parenting |
| ☐ Other: _____ | ☐ Grandparent Access |
| | ☐ Parentage/Paternity |
| | ☐ Termination of Parental Rights |
| | ☐ Other Parent-Child: _____ |

### Tax

| Tax | Probate & Mental Health |
|---|---|
| ☐ Tax Appraisal | *Probate/Wills/Intestate Administration* |
| ☐ Tax Delinquency | ☐ Dependent Administration |
| ☐ Other Tax | ☐ Independent Administration |
| | ☐ Other Estate Proceedings |
| | ☐ Guardianship—Adult |
| | ☐ Guardianship—Minor |
| | ☐ Mental Health |
| | ☐ Other: _____ |

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court | ■ Declaratory Judgment | ■ Prejudgment Remedy |
| ■ Arbitration-related | ☐ Garnishment | ☐ Protective Order |
| ☐ Attachment | ☐ Interpleader | ☐ Receiver |
| ☐ Bill of Review | ☐ License | ☐ Sequestration |
| ☐ Certiorari | ☐ Mandamus | ☐ Temporary Restraining Order/Injunction |
| ☐ Class Action | ☐ Post-judgment | ☐ Turnover |

## 4. Indicate damages sought *(do not select if it is a family law case)*:

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
■ Over $1,000,000

Rev 2/13