FORM NO. 353-3 - CITATION

# THE STATE OF TEXAS



**ESERVE**

## CITATION

**No.: DC-24-18871**

**ROBERT ALLEN BAUTISTA**
**vs.**
**SANTANDER CONSUMER USA, et al**

**ISSUED**
**on this the 31st day of October, 2024**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **HARPER REAM**, Deputy

**Attorney for Plaintiff**
**ROBERT ALLEN BAUTISTA**
**PRO SE**
PO BOX 131385
DALLAS TX 75313-1385
702-501-9639
RBRTBTST16@GMAIL.COM

**DALLAS COUNTY SERVICE FEES NOT PAID**

**To: EQUIFAX INC.**
**1550 PEACHTREE STREET NW**
**ATLANTA GA 30309**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **162nd District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **ROBERT ALLEN BAUTISTA**

Filed in said Court **25th day of October, 2024** against

**SANTANDER CONSUMER USA; AUDI HENDERSON; EQUIFAX INC.; EXPERIAN CORPORATION; TRANSUNION**

For Suit, said suit being numbered **DC-24-18871,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 31st day of October, 2024**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By________________, Deputy
**HARPER REAM**

**OFFICER'S RETURN**

Cause No. DC-24-18871

Court No.: 162nd District Court

Style: ROBERT ALLEN BAUTISTA
vs.
SANTANDER CONSUMER USA, et al

Came to hand on the ____________________day of __________________________, 20_________, at __________o'clock _________.M. Executed at __________________________________________________, within the County of ______________________ at ____________ o'clock _______ .M. on the ________________day of_______________________, 20________, by delivering to the within named ______________________________________________________________________________________________________ ______________________________________________________________________________________________________

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was __________miles and my fees are as follows: To certify which witness my hand.

For serving Citation $__________ _______________________________________________

For mileage $__________ of__________________ County, ____________________

For Notary $__________ By______________________________________ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_________________________________ before me this_______ day of __________________________,

20_______, to certify which witness my hand and seal of office.

_______________________________________

Notary Public____________ County__________