# THE STATE OF TEXAS

# CITATION

**To:** **EQUIFAX INC.**
**1550 PEACHTREE STREET NW**
**ATLANTA GA 30309**

**No.: DC-24-18871**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **162nd District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **ROBERT ALLEN BAUTISTA**

Filed in said Court **25th day of October, 2024** against

**SANTANDER CONSUMER USA; AUDI HENDERSON; EQUIFAX INC.; EXPERIAN CORPORATION; TRANSUNION**

For Suit, said suit being numbered **DC-24-18871,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 31st day of October, 2024**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By _____, Deputy
**HARPER REAM**

**ROBERT ALLEN BAUTISTA**
**vs.**
**SANTANDER CONSUMER USA, et al**

**ISSUED**
**on this the 31st day of October, 2024**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **HARPER REAM**, Deputy

**Attorney for Plaintiff**
**ROBERT ALLEN BAUTISTA**
**PRO SE**
PO BOX 131385
DALLAS TX  75313-1385
702-501-9639
RBRTBTST16@GMAIL.COM
**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**



**OFFICER'S RETURN**

Cause No. DC-24-18871

Court No.: 162nd District Court

Style: ROBERT ALLEN BAUTISTA
vs.
SANTANDER CONSUMER USA, et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M.

Executed at _____, within the County of _____ at _____

o'clock _____ .M. on the _____ day of_____, 20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____miles and my fees are as follows:    To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____ County, _____ |
| For Notary | $_____ | By_____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this_____ day of_____,

20_____, to certify which witness my hand and seal of office.

_____

Notary Public_____ County_____

# RETURN OF SERVICE

Notice: This document contains sensitive data

**FILED**
Court Stamp Here
2024 NOV -1 PM 3: 17
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

| | |
|---|---|
| **Court** <br> **District Court** <br> **Clerk of the District Court of Dallas County, Texas** <br> **Dallas County, Texas** | |
| **Plaintiff** <br><br> **ROBERT ALLEN BAUTISTA** | **Cause #** <br><br> **DC-24-18871** |
| **Defendant(s)** <br><br> **SANTANDER CONSUMER USA; ET AL** | **Came to Hand Date/Time** <br><br> **11/01/2024        8:55 AM** |
| **Manner of Service** <br> **Personal** | **Service Date/Time** <br> **11/01/2024        10:27 AM** |
| **Documents** <br><br> **ESERVE  CITATION** | **Service Fee:** <br><br> **$85.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein. The following information is based on personal knowledge.

On **11/01/2024** at **10:27 AM**: I served **ESERVE  CITATION** upon **EQUIFAX INC. c/o Corporation Service CompanY, REGISTERED AGENT** by delivering 1 true and correct copy(ies) thereof, with **EQUIFAX INC. c/o Corporation Service CompanY, REGISTERED AGENT, I delivered the documents to Corporation Service CompanY, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs. Alisha M Smith, Coordinator, Authorized to Accept at 2 Sun Ct Ste 400, Peachtree Corners, GA 30092.**

My name is: **Dana Faulkner**. My date of birth is: **3/05/1968**

My address is: **3769 Tupelo Trail, Auburn, GA 30011, USA.**

My process server identification # is: **N/A**. My Certification expires: **1/01/3000**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in Gwinnett _____ county, TX.

_Dana Faulkner_ (signature)

Dana Faulkner

11/01/2024

Date Executed



txefile@abclegal.com

 ROBERT ALLEN BAUTISTA®

Tracking # 0147664069