# RETURN OF NON-SERVICE

Notice: This document contains sensitive data

| Court | District Court<br>Clerk of the District Court of Dallas County, Texas<br>Dallas County, Texas | |
|---|---|---|
| Plaintiff | ROBERT ALLEN BAUTISTA | Cause #<br>DC-24-18871 |
| Defendant(s) | SANTANDER CONSUMER USA; ET AL | Came to Hand Date/Time<br>11/04/2024   12:24 PM |
| Reason Unable to Serve | Unknown | Non-Service Date/Time<br>11/05/2024   11:16 AM |
| Documents | ESERVE CITATION | Service Fee:<br>$85.00 |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and was unsuccessful in delivery of the Specified Documents to Defendant as stated herein. The following information is based on personal knowledge.

I attempted to serve **Eldridge A Burns Jr** at **8585 N Stemmons Fwy Ste 1100N, Dallas, TX 75247**.
I was unable to serve because:

**Tuesday, 11/5/2024 11:16 AM: I spoke with an individual who refused to give their name who identified themselves as the manager of petcom and they stated subject unknown. The individual appeared to be a black female contact 45-55 years of age, 5'4"-5'6" tall and weighing 180-200 lbs.**

My name is: **Oluuwaseun Omotayo**. My date of birth is: **7/04/1988**
My address is: **4020 mcewen rd 9122, Dallas, TX 75244**, USA.
My process server identification # is: **PSC-24986**. My Certification expires: **8/31/2026**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in Dallas _____ county, TX.

_____
Oluuwaseun Omotayo

11/06/2024
Date Executed

Ref DC-24-18871
txefile@abclegal.com

 ROBERT ALLEN BAUTISTA®

Tracking # 0147994012


# TEXAS SECRETARY of STATE
# JANE NELSON

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800378935 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | August 18, 2004 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 12015191856 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | SANTANDER CONSUMER USA INC. FOUNDATION | | |
| **Address:** | 8585 N STEMMONS FWY STE 1100N<br>Dallas, TX 75247-3822 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Name** | | **Address** | | | | **Inactive Date** |
| Eldridge A Burns Jr | | 8585 N. Stemmons Frwy., Ste. 1100N<br>Dallas, TX 75247 USA | | | | |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.