# RETURN OF SERVICE

Notice: This document contains sensitive data

| Court | | |
|---|---|---|
| | **District Court**<br>**Clerk of the District Court of Dallas County, Texas**<br>**Dallas County, Texas** | |
| Plaintiff | | Cause # |
| | **ROBERT ALLEN BAUTISTA** | **DC-24-18871** |
| Defendant(s) | | Came to Hand Date/Time |
| | **SANTANDER CONSUMER USA; ET AL** | **11/04/2024   6:43 AM** |
| Manner of Service | Personal | Service Date/Time<br>**11/05/2024   9:15 AM** |
| Documents | **ESERVE CITATION** | Service Fee:<br>**$75.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein. The following information is based on personal knowledge.

On **11/05/2024** at **9:15 AM**: I served **ESERVE CITATION** upon **EXPERIAN CORPORATION c/o 1505 Corporation C T CORPORATION SYSTEM, REGISTERED AGENT** by delivering **1** true and correct copy(ies) thereof, with **EXPERIAN CORPORATION c/o 1505 Corporation C T CORPORATION SYSTEM, REGISTERED AGENT, I delivered the documents to Jaqueline Mejia who identified themselves as the person authorized to accept with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 35-45 years of age, 5'-5'4" tall and weighing 120-140 lbs at 330 N Brand Blvd, Glendale, CA 91203.**

My name is: **Joecelyn Ramos**. My date of birth is: **10/24/1990**
My address is: **1947 Chivers St, San Fernando, CA 91340, USA.**
My process server identification # is: **2019112771**. My Certification expires: **4/09/2025**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in Los Angeles ca _____ county, TX.

_____
Joecelyn Ramos

11/06/2024
Date Executed

Ref DC-24-18871


txefile@abclegal.com


ROBERT ALLEN BAUTISTA®

Tracking # 0147993677


# THE STATE OF TEXAS

**ESERVE**
# CITATION

To:  **EXPERIAN CORPORATION**
     **475 ANTON BLVD**
     **COSTA MESA CA 92626**

No.: <u>DC-24-18871</u>

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **162nd District Court** at 600 Commerce Street, Dallas, Texas 75202.

<u>ROBERT ALLEN BAUTISTA</u>
<u>vs.</u>
<u>SANTANDER CONSUMER USA, et al</u>

ISSUED
on this the 31st day of October, 2024

Said Plaintiff being **ROBERT ALLEN BAUTISTA**

Filed in said Court **25th day of October, 2024** against

**SANTANDER CONSUMER USA; AUDI HENDERSON; EQUIFAX INC.; EXPERIAN CORPORATION; TRANSUNION**

For Suit, said suit being numbered <u>DC-24-18871,</u> the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 31st day of October, 2024**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By _____, Deputy
**HARPER REAM**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: <u>HARPER REAM</u>, Deputy

**Attorney for Plaintiff**
**ROBERT ALLEN BAUTISTA**
**PRO SE**
PO BOX 131385
DALLAS TX 75313-1385
702-501-9639
RBRTBTST16@GMAIL.COM
**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**



## OFFICER'S RETURN

Cause No. DC-24-18871

Court No.: 162nd District Court

Style: ROBERT ALLEN BAUTISTA
vs.
SANTANDER CONSUMER USA, et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M.
Executed at _____, within the County of _____ at _____
o'clock _____.M. on the _____ day of _____, 20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:    To certify which witness my hand.

        For serving Citation   $_____   _____
        For mileage           $_____   of_____ County, _____
        For Notary            $_____   By_____ Deputy
        (Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this _____ day of _____,
20_____, to certify which witness my hand and seal of office.

_____
Notary Public_____ County_____