FILED
Court Stamp Here

2024 NOV -8 PM 12:47

FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY

# RETURN OF NON-SERVICE

Notice: This document contains sensitive data

| Court | District Court<br>Clerk of the District Court of Dallas County, Texas<br>Dallas County, Texas |
|---|---|
| Plaintiff | ROBERT ALLEN BAUTISTA |
| Cause # | DC-24-18871 |
| Defendant(s) | SANTANDER CONSUMER USA; ET AL |
| Came to Hand Date/Time | 11/04/2024 10:32 AM |
| Reason Unable to Serve | Not employed |
| Non-Service Date/Time | 11/04/2024 12:11 PM |
| Documents | ESERVE CITATION |
| Service Fee: | $95.00 |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and was unsuccessful in delivery of the Specified Documents to Defendant as stated herein. The following information is based on personal knowledge.

I attempted to serve **TYLER CORDER** at **101 North Carson Street Suite 3, Carson City, NV 89701**.
I was unable to serve because:

**Monday, 11/4/2024 12:11 PM: I spoke with an individual who refused to give their name who identified themselves as the reciponist and they stated subject no longer employed. The individual appeared to be a blonde-haired white female contact 35-45 years of age, 5'6"-5'8" tall and weighing 200-240 lbs. Office is a part of secretary of state. Subject is not employed.**

null

My address is: **2585 tonopah st, Silver springs, NV 89429**, USA.

My process server identification # is: **R-2022-02620**. My Certification expires: **3/17/2027**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in Carson city county, TX.

Samantha Curl

11/04/2024
Date Executed

Ref DC-24-18871

txefile@abclegal.com

abclegal
ROBERT ALLEN BAUTISTA®

Tracking # 0147888409


# Audi Henderson - Audi Drivers

At Audi Henderson, we are passionate about the Audi brand. More than half of our staff drive Audi vehicles and some if us even have more than one in our family! Our commitment to Audi and to you, our valued clients, is unmatched in the automotive industry. Whether you're a recent convert or a life-long Audiphile, at Audi Henderson you are one of us! We are fully committed to creating lasting relationships with our clients and keeping them happy behind the wheel of their Audi vehicles!

As part of the locally owned Findlay Automotive Group, Audi Henderson is redefining the car buying experience. Call or visit today and find out why were one of the top Audi dealerships in the country!

Audi
Jimmy Diguilio
General Manager
How long have you worked at Audi Henderson?
We opened the store on November 17th, 2007 I have been with the Findlay Auto Group for 17 years.
What are your hobbies?
I love watching my kids play sports Working out, golfing, and going out to the race track
What is your favorite thing about the Audi brand?
We have the best product, and culture in the industry.

## Like Us On Facebook

## Make an Inquiry

* Indicates a required field

Contact Me by*

Email

## Hours

| Monday | 9:00am-7:00pm |
|---|---|
| Tuesday | 9:00am-7:00pm |
| Wednesday | 9:00am-7:00pm |
| **Thursday** | **9:00am-7:00pm** |
| Friday | 9:00am-7:00pm |

X

How can we help you today?

Live Chat

Opt-Out Preference Signal Honored. Due to our website detecting your use of the Global Privacy Control, you have been automatically opted out of third-party tracking cookies and the sale and sharing of your information for targeted advertising.

Note that if you continue to use this site, you agree to our Privacy Policy (https://www.findlayauto.com/privacy-policy-and-cookie-policy/), which includes an Arbitration Provision, and details the categories of personal information we collect, the purposes for which the information is used, and how to manage your privacy rights.

Language: English

## Entity Information

### Entity Information

**Entity Name:**

TYLER CORDER

**Entity Number:**

E0584172013-3

**Entity Type:**

Commercial Registered Agent

**Entity Status:**

Active

**Formation Date:**

10/18/2013

**NV Business ID:**

NV20131707093

**Termination Date:**

**Annual Report Due Date:**

**Compliance Hold:**

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

TYLER CORDER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20131707093

**Office or Position:**

**Jurisdiction:**

**Street Address:**

310 N GIBSON ROAD, HENDERSON, NV, 89014, USA

**Mailing Address:**

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| No records to view. | | | | |

Filing History Name History Mergers/Conversions

Return to Search Return to Results

## Entity Information

### Entity Information

**Entity Name:**

FINDLAY AUTOMOTIVE OF NEVADA, LLC

**Entity Number:**

LLC3978-1997

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

10/10/1997

**NV Business ID:**

NV19971039937

**Termination Date:**

10/10/2497

**Annual Report Due Date:**

10/31/2025

**Compliance Hold:**

**Series LLC:**

☐   **Restricted LLC:** ☐

**Registered AGENT INFORMATION**

**Name of Individual or Legal Entity:**

TYLER CORDER

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20131707093

**Office or Position:**

**Jurisdiction:**

**Street Address:**

310 N GIBSON ROAD, HENDERSON, NV, 89014, USA

**Mailing Address:**

**OFFICER INFORMATION**

☐ **View Historical Data**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | CLIFFORD J FINDLAY | 310 N. GIBSON RD., HENDERSON, NV, 89014, USA | 08/01/2018 | Active |
| Manager | TYLER CORDER | 310 N. GIBSON RD., HENDERSON, NV, 89014, USA | 08/01/2018 | Active |

**Page 1 of 1, records 1 to 2 of 2**

(/)

LICENSE NUMBER:

# 2010300716

| Location Address: | Business Name: |
|---|---|
| 310 N GIBSON RD HENDERSON Nevada 89014 | FLM, LLC |

| DBA: | NV STATE LICENSE NUMBER: |
|---|---|
| FINDLAY LINCOLN MERCURY | 2010300716 |

(/)

# Licenses Search

Business Location

NV Business ID

Company Name

AUDI HENDERSON

License Type

Choose a license type

License Sub-Type

Choose a license sub-type

License Status

Choose a license status

SEARCH

SEARCH RESULTS

NO LICENSES FOUND!

---

^
Back to Top

---

City of Henderson

Henderson City Hall
(https://goo.gl/maps/brXYwepN5RdjDT2n6)

240 S. Water St.
(https://goo.gl/maps/brXYwepN5RdjDT2n6)

Henderson, NV 89015
(https://goo.gl/maps/brXYwepN5RdjDT2n6)

702-267-2323 (tel:7022672323)

Quick Links

Online Payments

Flu and COVID Prevention

All Departments

Privacy Policy as of 3/1/21

# THE STATE OF TEXAS

**ESERVE**

## CITATION

**No.: DC-24-18871**

**ROBERT ALLEN BAUTISTA**
**vs.**
**SANTANDER CONSUMER USA, et al**

**ISSUED**
**on this the 31st day of October, 2024**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **HARPER REAM**, Deputy

**Attorney for Plaintiff**
**ROBERT ALLEN BAUTISTA**
**PRO SE**
PO BOX 131385
DALLAS TX 75313-1385
702-501-9639
RBRTBTST16@GMAIL.COM
**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**To: AUDI HENDERSON**
**7740 EASTGATE RD**
**HENDERSON NV 89011**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **162nd District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **ROBERT ALLEN BAUTISTA**

Filed in said Court **25th day of October, 2024** against

**SANTANDER CONSUMER USA; AUDI HENDERSON; EQUIFAX INC.; EXPERIAN CORPORATION; TRANSUNION**

For Suit, said suit being numbered **DC-24-18871**, the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 31st day of October, 2024**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By ______________, Deputy
**HARPER REAM**



## OFFICER'S RETURN

Cause No. DC-24-18871

Court No.: 162nd District Court

Style: ROBERT ALLEN BAUTISTA
vs.
SANTANDER CONSUMER USA, et al

Came to hand on the ________________day of _____________________, 20________, at ________o'clock ________.M. Executed at ________________________________________, within the County of __________________ at __________ o'clock ______ .M. on the _____________day of___________________, 20______, by delivering to the within named

______________________________________________________________________________

______________________________________________________________________________

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was ________miles and my fees are as follows: To certify which witness my hand.

For serving Citation $________ ________________________________________

For mileage $________ of______________ County, ________________

For Notary $________ By________________________________ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said____________________________ before me this______ day of ______________________,

20______, to certify which witness my hand and seal of office.

______________________________

Notary Public__________ County________