IN THE DISTRICT COURT OF DALLAS COUNTY, TEXAS
162ND JUDICIAL DISTRICT

ROBERT ALLEN BAUTISTA®/ATTORNEY-IN-FACT
PO BOX 131385
DALLAS, TX 75313-1385
702-501-9639
RBRTBTST16@GMAIL.COM
Plaintiff,

v.

SANTANDER CONSUMER USA, AUDI HENDERSON, EQUIFAX INC., EXPERIAN CORPORATION, TRANSUNION
Defendant(s).

§ § § § § § § § § § § § § § § § § § § §
Case No. DC-24-18871
162ND DISTRICT COURT

*FILED 2024 NOV 20 AM 10:58 FELICIA PITRE DISTRICT CLERK DALLAS CO., TEXAS DEPUTY*