# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SANTANDER CONSUMER USA, AUDI HENDERSON, EQUIFAX INC., EXPERIAN CORPORATION, and TRANSUNION, | § § § § | Case No. _____ |
| Defendants. | § | |

**DEFENDANT SANTANDER CONSUMER USA'S[1] JOINDER AND CONSENT TO REMOVAL**

Without waiving any of its defenses or any other rights, Defendant Santander Consumer USA Inc. hereby joins in, and consents to, the removal of this action from the 162nd District Court of Dallas County, Texas, wherein it is now pending, to the United States District Court for the Northern District of Texas, Dallas Division. Removal is proper for the reasons stated in Defendant Trans Union LLC's Notice of Removal.

Respectfully Submitted,

By:   /s/ Brent W. Martinelli
**BRENT W. MARTINELLI**
State Bar No. 24037037
brent.martinelli@qpwblaw.com

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
1700 Pacific Avenue, Suite 4545
Dallas Texas 75201
Telephone:    214-754-8755
Facsimile:     214-754-8744

**COUNSEL FOR SANTANDER CONSUMER USA INC.**

---

[1] The proper name of this Defendant is Santander Consumer USA Inc.

1