**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ROBERT ALLEN BAUTISTA, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SANTANDER CONSUMER USA, AUDI § <br> HENDERSON, EQUIFAX INC., § <br> EXPERIAN CORPORATION, and § <br> TRANSUNION, § <br> § <br> Defendants. § | Case No. _____ |

**ATTACHMENT TO CIVIL COVER SHEET**

**PRO SE PLAINTIFF**

Robert Allen Bautista
rbrtbtst16@gmail.com
P.O. Box 131385
Dallas, TX 75313
(702) 501-9639

**COUNSEL FOR TRANS UNION**

Heliane Fabian
hfabian@qslwm.com
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5450
(214) 871-2111 Fax

**COUNSEL FOR SANTANDER CONSUMER USA**

Brent W. Marinelli
brent.martinelli@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, P.A.
1700 Pacific Avenue, Suite 4545
Dallas Texas 75201
(214) 754-8755
(214) 754-8744 Fax

1