# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 162nd District Court, Dallas County, Texas | DC-24-18871 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | See attached | See attached |
   |  |  |
   |  |  |
   |  |  |
   |  |  |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?    ✔ Yes        ☐ No

   If "*Yes*," by which party and on what date?

   Plaintiff, Robert Allen Bautista            October 25, 2024
   Party                                       Date

4. **Answer:**

   Was an Answer made in State Court?   ☐ Yes   ☒ No

   If "*Yes*," by which party and on what date?

   _____        _____
   Party                                 Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | Experian Corporation | No such entity exists |
   | Equifax, Inc. | No petition served with citation |
   | Audi Henderson | Improperly served |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | N/A | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiff Robert Allen Bautista | Plaintiff asserts violations of the Fair Credit Reporting Act (FCRA), Fair and Accurate Credit Transactions Act (FACTA) and claims of securities fraud, misrepresentation, and peonage |