**2. Style of the Case:**

| Party and Party Type | Attorneys |
|---|---|
| Robert Allen Bautista, Plaintiff | Robert Allen Bautista<br>rbrtbtst16@gmail.com<br>P.O. Box 131385<br>Dallas, TX 75313<br>(702) 501-9639 |
| Trans Union LLC, Defendant | Heliane Fabian<br>Texas Bar No 24109850<br>hfabian@qslwm.com<br>Quilling, Selander, Lownds,<br>Winslett & Moser, P.C.<br>6900 N. Dallas Parkway, Suite 800<br>Plano, Texas 75024<br>(214) 560-5450<br>(214) 871-2111 Fax |
| Santander Consumer USA, Defendant | Brent W. Marinelli<br>Texas Bar No. 24037037<br>brent.martinelli@qpwblaw.com<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>1700 Pacific Avenue, Suite 4545<br>Dallas Texas 75201<br>(214) 754-8755<br>(214) 754-8744 Fax |

1