IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT ALLEN BAUTISTA,<br><br>        Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA, AUDI HENDERSON, EQUIFAX INC., EXPERIAN CORPORATION, and TRANSUNION,<br><br>        Defendants. | §<br>§<br>§<br>§<br>§   Case No. _____<br>§<br>§<br>§<br>§<br>§ |

## **DEFENDANT TRANS UNION LLC'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Trans Union LLC, incorrectly named TransUnion, one of the Defendants herein, provides the following information:

A.     **For nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (If none, state "None"):**

        1.     Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

B.     **A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

        1.     Robert Allen Bautista

        2.     Santander Consumer USA

        3.     Audi Henderson

        4.     Equifax Inc.

5.  Experian Corporation

6.  Trans Union LLC

7.  TransUnion Intermediate Holdings, Inc.

8.  TransUnion

               Respectfully submitted,

               */s/ Heliane Fabian*
               **HELIANE FABIAN**
               Texas Bar No. 24109850
               hfabian@qslwm.com
               **QUILLING, SELANDER, LOWNDS,**
               **WINSLETT & MOSER, P.C.**
               6900 N. Dallas Parkway, Suite 800
               Plano, TX 75024
               (214) 560-5450
               (214) 871-2111 Fax
               ***Counsel for Trans Union LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None.

I hereby certify that I have mailed by United States Postal Service the above and foregoing document to the following non-CM/ECF participants:

Robert Allen Bautista
rbrtbtst16@gmail.com
P.O. Box 131385
Dallas, TX 75313
(702) 501-9639
*Pro Se Plaintiff*

                                        */s/ Heliane Fabian*
                                        **HELIANE FABIAN**