**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No. 3:24-cv-02935-K |
| SANTANDER CONSUMER USA, AUDI | § | |
| HENDERSON, EQUIFAX INC., | § | |
| EXPERIAN CORPORATION, and | § | |
| TRANSUNION, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT TRANS UNION LLC'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Trans Union LLC ("Trans Union"), incorrectly named TransUnion, by and through its counsel, files this Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and asks the Court to dismiss this matter in its entirety, with prejudice. Trans Union contemporaneously files its Brief in Support of this Motion and incorporates it herein by reference for all purposes.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union LLC respectfully requests that this Honorable Court dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted, with prejudice, and for such other relief as the Court deems necessary.

Respectfully submitted,

/s/ Heliane Fabian

**HELIANE FABIAN**
Texas Bar No. 24109850
hfabian@qslwm.com
**QUILLING, SELANDER, LOWNDS,**
**WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5450
(214) 871-2111 Fax
*Counsel for Trans Union LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November 2024, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following:

Brent W. Marinelli
brent.martinelli@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, P.A.
1700 Pacific Avenue, Suite 4545
Dallas Texas 75201
(214) 754-8755
(214) 754-8744 Fax
*Counsel for Santander Consumer USA, Inc.*

I hereby certify that I have emailed and mailed by United States Postal Service the above

and foregoing document to the following non-CM/ECF participants:

Robert Allen Bautista
rbrtbtst16@gmail.com
P.O. Box 131385
Dallas, TX 75313
(702) 501-9639
*Pro Se Plaintiff*

/s/ Heliane Fabian
**HELIANE FABIAN**