# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SANTANDER CONSUMER USA, AUDI | § | Case No. 3:24-cv-02935-K |
| HENDERSON, EQUIFAX INC., | § | |
| EXPERIAN CORPORATION, and | § | |
| TRANSUNION, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANT TRANS UNION LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

This matter is before the Court on Defendant Trans Union LLC's Motion to Dismiss Plaintiff's Complaint. Having considered the Motion and Brief in support, the Court finds the Motion should be granted.

IT IS ORDERED that Trans Union's Motion to Dismiss Plaintiff's Complaint be, and hereby is, GRANTED in its entirety, and it is further,

ORDERED that Plaintiff's Complaint is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

DATED this _____ day of _____ 2024.

                                                                                          _____
                                                                                          **HONORABLE ED KINKEADE**
                                                                                          UNITED STATES DISTRICT COURT JUDGE