IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CIVIL DOCKET FOR CASE #: 3:24-cv-02935-K-BN

**ROBERT ALLEN BAUTISTA,**
**Plaintiff,**

v.

**SANTANDER CONSUMER USA,**
**AUDI HENDERSON,**
**EQUIFAX INC.,**
**EXPERIAN CORPORATION,**
**TRANSUNION LLC,**
**Defendants.**

ORDER TO COMPEL DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

**On this day, the Court considered Plaintiff Robert Allen Bautista's Motion to Compel Discovery, and the Court finds as follows:**

WHEREAS, Plaintiff, ROBERT ALLEN BAUTISTA, filed the Motion to Compel Discovery seeking an order directing Defendant SANTANDER CONSUMER USA to produce specific documents related to the account number ending in 8089, including but not limited to GAAP financial statements, transaction and payment history, communication documentation, and any alterations made to the account such as an unauthorized allonge; and

WHEREAS, Plaintiff has demonstrated that such discovery is necessary to support Plaintiff's claims of fraud, misrepresentation, and financial harm resulting from alterations to the negotiable instrument related to the account; and

WHEREAS, Defendant SANTANDER CONSUMER USA has not produced the requested documents in a timely manner, thereby impeding Plaintiff's ability to pursue this action effectively; and

WHEREAS, the Plaintiff has requested an order compelling Defendant SANTANDER CONSUMER USA to produce the requested documents within 15 days of this order;

NOW, THEREFORE, it is ORDERED that Defendant SANTANDER CONSUMER USA is hereby COMPELLED to produce the following discovery to Plaintiff, ROBERT ALLEN BAUTISTA, no later than 15 days from the date of this order:

1. **GAAP Financial Statements** for the account number ending in 8089, including balance sheets, income statements, statements of cash flows, and any other documents reflecting the financial standing and operations of the account since its inception.

2. **Complete Account Information** for the account number ending in 8089, including transaction history, payment history, all notes, communications, and records of activity related to the account,

along with any modifications made to the account terms, including any unauthorized allonge or alterations to the original negotiable instrument.

3. **Documentation of Communication** between Defendant SANTANDER CONSUMER USA and Plaintiff related to the account, including but not limited to correspondence, phone records, emails, or other forms of communication, specifically addressing any allegations of misrepresentation or fraudulent conduct regarding the account.

4. **Supporting Documentation** to substantiate the validity of the account and the original terms before any alleged alterations were made.

IT IS FURTHER ORDERED that Defendant SANTANDER CONSUMER USA shall provide the requested documents in a manner that is fully responsive to Plaintiff's requests, including clear and complete records without undue delay. Failure to comply with this order may result in further sanctions or other remedies available under the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

SIGNED this ___ day of _____, 2024.

**BY THE COURT:**

_____

**Judge Ed Kinkeade**
United States District Judge
Northern District of Texas

**Magistrate Judge David L. Horan**
Referred to for further proceedings

This Order is issued in connection with the civil case **Bautista v. Santander Consumer USA et al**, Case Number 3:24-cv-02935-K-BN, previously filed in the District Court of Dallas County, Texas, Case Number DC-24-18871.

**Respectfully Submitted:**

**WITHOUT RECOURSE WITHOUT PREJUDICE**
ROBERT ALLEN BAUTISTA®

BY: /s/Bautista, Robert – Allen / Agent

Robert Allen Bautista / Attorney-in-Fact

PO Box 131385
Dallas, TX 75313
702-501-9639
RBRTBTST16@gmail.com