**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ROBERT ALLEN BAUTISTA, | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| SANTANDER CONSUMER USA, AUDI HENDERSON, EQUIFAX INC., EXPERIAN CORPORATION, and TRANSUNION, | §  Case No. 3:24-cv-02935-K |
| | § |
| Defendants. | § |
| | § |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jared Widenbaum of the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C. hereby enters his appearance as designated local counsel, pursuant to Local Rule 83.01(a), on behalf of Defendant Trans Union LLC in connection with this lawsuit. The undersigned certifies that he is admitted to practice in this Court.

Respectfully submitted,

*/s/ Jared Widenbaum*
Jared Widenbaum
Texas Bar No. 24115445
jwidenbaum@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Tel: (214) 560-5453
Fax: (214) 871-2111
***Counsel for Trans Union LLC***

7701116.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of December 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Robert Allen Bautista<br>rbrtbtst16@gmail.com<br>P.O. Box 131385<br>Dallas, TX 75313<br>(702) 501-9639<br>***Pro Se Plaintiff*** | Brent W. Marinelli<br>brent.martinelli@qpwblaw.com<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>1700 Pacific Avenue, Suite 4545<br>Dallas Texas 75201<br>(214) 754-8755<br>(214) 754-8744 Fax<br>***Counsel for Santander Consumer USA, Inc.*** |

*/s/ Jared Widenbaum*
**JARED WIDENBAUM**