IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ROBERT ALLEN BAUTISTA**,
**Plaintiff,**

v.                                                                                              Case No. 3:24-CV-02935-K

**SANTANDER CONSUMER USA, AUDI HENDERSON, EQUIFAX INC.,
EXPERIAN CORPORATION, and TRANSUNION,
Defendants.**

---

**PLAINTIFF'S REQUEST FOR DISCOVERY**

---

TO: Defendant **Santander Consumer USA, Inc.**, and all other Defendants in this action.

Pursuant to Rule 190 of the Texas Rules of Civil Procedure and the applicable Federal Rules of Civil Procedure, Plaintiff **Robert Allen Bautista** ("Plaintiff") hereby requests that Defendants respond to the following requests for discovery under Level 2 of the Discovery Control Plan. These requests seek relevant information to support Plaintiff's claims and defenses in this case, and Plaintiff demands full and complete responses within the time allowed by law.

---

**I. DOCUMENT REQUESTS**

**1. GAAP-Compliant Accounting Records:**

Plaintiff requests that Defendant **Santander Consumer USA, Inc.** (hereinafter "Defendant Santander") produce all Generally Accepted Accounting Principles (GAAP)-compliant accounting records relating to the principal's account, including but not limited to statements, ledgers, transaction histories, and any accounting reports that track payments, credits, debits, and interest accrued, for the period during which the account was open.

---

**2. Original Contract and Allonge/Attachments:**

Plaintiff requests that Defendant Santander produce the **original contract** entered into between the parties for the subject debt and **any and all allonges, amendments, and attachments** to the original negotiable instrument. This includes but is not limited to all documentation reflecting modifications, extensions, and additions to the original agreement, including any documentation that has been signed or executed as part of the debt relationship.

---

**3. Correspondence from the Principal's Agent:**

Plaintiff requests that Defendant Santander produce **all formal correspondence** submitted by Plaintiff or on behalf of Plaintiff (i.e., the principal) regarding the subject debt, including any formal notices of dispute, requests for validation, or requests for resolution. This includes, but is not limited to, any

correspondence relating to the payment of the debt or the proposal of negotiable instruments as a form of settlement.

**4. Additional Negotiable Instruments Issued by Defendant Santander:**

Plaintiff requests that Defendant Santander produce **any negotiable instruments issued by Defendant** for the debt in question, as well as any **records of negotiable instruments tendered by Plaintiff's agent** as payment for obligations owed. This includes copies of the instruments, records of any payments made, instructions provided for the payment of the debt, and any related correspondence from Defendant Santander acknowledging receipt of payments and performing the corresponding legal obligations.

## II. INSTRUCTIONS AND DEFINITIONS

1. **"Document" or "Documents"** means any writing, recording, or communication of any kind, including but not limited to: contracts, agreements, letters, emails, memoranda, reports, files, notes, records, ledgers, charts, and audio or video recordings.

2. **"Negotiable Instrument"** refers to any financial instrument, such as a **promissory note** or **check**, that can be transferred to a third party in a manner that is legally enforceable, as defined under the Uniform Commercial Code ("UCC"). For the purposes of this request, **Note/Instrument/Negotiable Instrument/Security/Bond** means an unconditional promise to pay (**promissory note**) or an unconditional order to pay (**bill of exchange**). "Bill" is a shortening of "bill of exchange" and "note" is a shortening of "promissory note."

3. **"Payment"** means the fulfillment of a promise, or the performance of an agreement, as defined under Black's Law Dictionary, 4th Edition.

4. **"Discharge/Setoff"** refers to the indorsement and return of a negotiable instrument, approving it for exchange at the Federal Reserve Discount Window.

5. **"Agent"** refers to any person or entity authorized to act on behalf of the principal, Plaintiff Robert Allen Bautista, for purposes of this dispute and any related financial matters.

6. **"Allonges"** are any amendments, attachments, or endorsements made to an original negotiable instrument that alter the instrument's terms, rights, or obligations.

## III. REQUEST FOR INSPECTION OF RECORDS

Plaintiff further requests permission to inspect and copy any and all documents, records, and materials that are responsive to the above requests and that are in the possession, custody, or control of the Defendant, within the time allowed by law. The inspection of these documents shall be arranged at a mutually agreeable time and location, or at Plaintiff's counsel's office.

## IV. CERTIFICATION

Plaintiff hereby certifies that the foregoing requests are made in good faith and are necessary for the preparation and presentation of Plaintiff's claims in this action. These requests are intended to secure the information necessary to fully understand the matters at issue in this case, and to prepare for trial or settlement.

---

**PRAYER FOR RELIEF**

Plaintiff respectfully requests that Defendant Santander provide complete responses to these discovery requests within the timeframe required by the applicable rules. Failure to do so will result in Plaintiff seeking appropriate remedies, including motions to compel and sanctions as deemed necessary by the Court.

**Respectfully submitted,**

WITHOUT RECOURSE
WITHOUT PREJUDICE
ROBERT ALLEN BAUTISTA™
BY: /s/ Bautista, Robert-Allen / Agent
-----------------------------------
Robert Allen Bautista / Attorney-In-Fact

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all parties of record via the Court's ECF filing system on this the 9th of January, 2025.

WITHOUT RECOURSE
WITHOUT PREJUDICE
ROBERT ALLEN BAUTISTA™
BY: /s/ Bautista, Robert-Allen / Agent
-----------------------------------
Robert Allen Bautista / Attorney-In-Fact
