**FEE SCHEDULE**

ROBERT ALLEN BAUTISTA™
PO BOX 131385
DALLAS, TX 75313-1385
702-501-9639
RBRTBTST16@GMAIL.COM

**Fee Schedule for Legal Services**
**Case Name:** ROBERT ALLEN BAUTISTA™, v. SANTANDER CONSUMER USA, ET AL., Case 3:24-cv-02935-K
**Plaintiff:** ROBERT ALLEN BAUTISTA™
**Defendant:** SANTANDER CONSUMER USA, AUDI HENDERSON, EQUIFAX INC., EXPERIAN CORPORATION, and TRANSUNION
**Date:** 01/09/2025

| Description of Services | Time (hrs) | Hourly Rate | Total Cost |
|---|---|---|---|
| **Legal Research:** Time spent researching applicable statutes, case law, and legal procedures. | 8 hours | $200 | $1,600 |
| **Drafting of Response, Motion, and Order:** Time spent preparing legal documents including responses, motions for sanctions, and orders. | 12 hours | $250 | $3,000 |
| **Review of Defendants' Documents & Slanderous Statements:** Analyzing pleadings and false claims made by Defendants. | 6 hours | $200 | $1,200 |
| **Client Communication & Strategy Meetings:** Time spent consulting with Plaintiff regarding case strategy and legal options. | 4 hours | $150 | $600 |
| **Administrative Costs:** Tasks including filing documents, preparing service of process, document organization, and other case management duties. | 6 hours | $100 | $600 |
| **Out-of-Pocket Costs:** Expenses including filing fees, copying, mailing, and other litigation-related costs. | - | - | $500 |

**Total Due for Services: $7,900.00**

This Fee Schedule represents the services rendered to the Plaintiff in the course of the ongoing litigation with the Defendant. All hours and rates listed are in accordance with the standard rates applied to this case.

**INVOICE**

ROBERT ALLEN BAUTISTA™
PO BOX 131385
DALLAS, TX 75313-1385
702-501-9639
RBRTBTST16@GMAIL.COM

---

**Invoice Number:** 0001
**Date Issued:** 01/09/2025
**Due Date:** PAYABLE ON DEMAND

---

**Bill To:**
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
BRENT W. MARTINELLI
State Bar No. 24037037
1700 Pacific Avenue, Suite 4545
Dallas, Texas 75201
Telephone: (214)754-8755
Facsimile: (214)754-8744
Email: brent.martinelli@qpwblaw.com
ATTORNEYS FOR DEFENDANTS

---

| Description of Charges | Amount |
|---|---|
| **Legal Research** | $1,600.00 |
| **Drafting of Response, Motion, and Order** | $3,000.00 |
| **Review of Defendants' Documents & Slanderous Statements** | $1,200.00 |
| **Client Communication & Strategy Meetings** | $600.00 |
| **Administrative Costs** | $600.00 |
| **Out-of-Pocket Costs** | $500.00 |

---

**Total Amount Due: $7,900.00**

---

**Payment Instructions:**

PAYMENT INFORMATION REMITTED UPON REQUEST

**Notes:**

- This invoice reflects the legal services provided to protect the Plaintiff's rights and reputation in the ongoing litigation against the Defendants.
- All work completed and costs incurred were necessary for the litigation process to ensure a fair trial and to prevent harm to the Plaintiff.
- Payment is due by the date specified above.

If you have any questions regarding this invoice, please contact ROBERT ALLEN BAUTISTA™ at 702-501-9639 or via email at RBRTBTST16@GMAIL.COM.

WITHOUT RECOURSE
WITHOUT PREJUDICE
PAY TO THE ORDER OF
ROBERT ALLEN BAUTISTA™
BY: Bautista, Robert-Allen / Agent
-----------------------------------
Robert Allen Bautista / Attorney-In-Fact
