IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROBERT ALLEN BAUTISTA,            §
                                  §
              Plaintiff,          §
                                  §
V.                                §          No. 3:24-cv-2935-K-BN
                                  §
SANTANDER CONSUMER USA, AUDI §
HENDERSON, EQUIFAX INC.,          §
EXPERIAN CORPORATION, and         §
TRANSUNION,                       §
                                  §
              Defendants.         §

## ORDER DENYING MOTIONS

Defendant Trans Union LLC, with the consent of Defendant Santander Consumer USA, removed Plaintiff Robert Allen Bautista's *pro se* lawsuit from a Dallas County state court. *See* Dkt. No. 1.

United States District Judge Ed Kinkeade referred the removed action to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference.

Two motions to dismiss are pending. *See* Dkt. Nos. 12 & 17. And Bautista has responded to both. *See* Dkt. Nos. 16 & 18.

The Court previously denied Bautista's motion to compel discovery, construed as a motion under Federal Rule of Civil Procedure 26(d)(1) [Dkt. No. 13], because he failed to offer any reason – much less good cause – to authorize expedited discovery, *see* Dkt. No. 14.

Bautista has now filed a second motion regarding discovery, which also should

be construed as requesting discovery prior to the parties' conference under Federal Rule of Civil Procedure 26(f). *See* Dkt. No. 19. Because he again fails to provide good cause to authorize his discovery-related requests, this motion too is DENIED.

Bautista also moves for sanctions. *See* Dkt. No. 20. But he provides no logical basis to justify sanctioning Defendants. The Court therefore also DENIES this motion.

SO ORDERED.

DATED: January 13, 2025

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE