

Robert Bautista <rbrtbtst16@gmail.com>

# Case No. 3:24-cv-02935-K-BN; Document No. 17; Bautista v. Santander Consumer USA et al

2 messages

---

**Meioshei Nash** <meioshei.nash@qpwblaw.com>    Tue, Jan 7, 2025 at 2:49 PM
To: "Kinkeade_Orders@txnd.uscourts.gov" <Kinkeade_Orders@txnd.uscourts.gov>
Cc: "Brent W. Martinelli" <brent.martinelli@qpwblaw.com>, "rbrtbtst16@gmail.com" <rbrtbtst16@gmail.com>, "hfabian@qslwm.com" <hfabian@qslwm.com>, "jwidenbaum@qslwm.com" <jwidenbaum@qslwm.com>

Good afternoon,

Please see the attached Proposed Order.



**Meioshei Nash | Legal Assistant**
**Quintairos, Prieto, Wood & Boyer, P.A.**
1700 Pacific Avenue, Suite 4545, Dallas, Texas 75201
Ph: (214) 754-8755 x2208  Fax: (214) 754-8744
Email: meioshei.nash@qpwblaw.com  Web: www.qpwblaw.com

Arizona ◆ California ◆ Colorado ◆ Connecticut ◆ Florida ◆ Georgia ◆ Idaho ◆ Illinois ◆ Indiana ◆ Kentucky ◆ Louisiana ◆ Maryland ◆ Massachusetts ◆ Michigan
Mississippi ◆ Missouri ◆ Nevada ◆ New Jersey ◆ New Mexico ◆ New York ◆ North Carolina ◆ Rhode Island ◆ Tennessee ◆ Texas ◆ USVI ◆ Washington

---

 **Proposed Order Granting SC's Motion to Dismiss P's  Complaint.docx**
17K

---

**Robert Bautista** <rbrtbtst16@gmail.com>    Thu, Jan 9, 2025 at 3:08 PM
To: Meioshei Nash <meioshei.nash@qpwblaw.com>
Cc: "Kinkeade_Orders@txnd.uscourts.gov" <Kinkeade_Orders@txnd.uscourts.gov>, "Brent W. Martinelli" <brent.martinelli@qpwblaw.com>, "hfabian@qslwm.com" <hfabian@qslwm.com>, "jwidenbaum@qslwm.com" <jwidenbaum@qslwm.com>

Good afternoon,

Please see the attached

On Tue, Jan 7, 2025 at 2:49 PM Meioshei Nash <meioshei.nash@qpwblaw.com> wrote:

> Good afternoon,
>
> Please see the attached Proposed Order.



**Meioshei Nash | Legal Assistant**
**Quintairos, Prieto, Wood & Boyer, P.A.**
1700 Pacific Avenue, Suite 4545, Dallas, Texas 75201
Ph: (214) 754-8755 x2208  Fax: (214) 754-8744
Email: meioshei.nash@qpwblaw.com  Web: www.qpwblaw.com

Arizona ◆ California ◆ Colorado ◆ Connecticut ◆ Florida ◆ Georgia ◆ Idaho ◆ Illinois ◆ Indiana ◆ Kentucky ◆ Louisiana ◆ Maryland ◆ Massachusetts ◆ Michigan Mississippi ◆ Missouri ◆ Nevada ◆ New Jersey ◆ New Mexico ◆ New York ◆ North Carolina ◆ Rhode Island ◆ Tennessee ◆ Texas ◆ USVI ◆ Washington

**4 attachments**

 **FEE SCHEDULE.pdf**
134K

 **PLAINTIFF'S REQUEST FOR DISCOVERY.pdf**
128K

**PLAINTIFF'S MOTION TO IMPOSE SANCTIONS AGAINST DEFENDANTS AND THEIR ATTORNEYS FOR CONTINUOUS SLANDER AND ACTS OF BAD FAITH.pdf**
155K

**PLAINTIFF'S RESPONSE TO DEFENDANT SANTANDER CONSUMER USA INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT.pdf**
132K