IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA, | § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:24-cv-2935-K-BN |
| SANTANDER CONSUMER USA, AUDI HENDERSON, EQUIFAX INC., EXPERIAN CORPORATION, and TRANSUNION, | § § § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.

Objections were filed on March 10, 2025.

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.

Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Plaintiff Robert Allen Bautista's motion to remand [Dkt. No. 44].

The Court further WARNS him that frivolous filings, like his motion to remand,

prevent the orderly and expeditious disposition of this case and that his filing further frivolous motions in this lawsuit could result in sanctions, which could include monetary penalties or the dismissal of this action.

**SO ORDERED.**

**Signed March 25th, 2025.**

_Ed Kinkeade_
**ED KINKEADE
UNITED STATES DISTRICT JUDGE**