IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS – DALLAS DIVISION

**ROBERT ALLEN BAUTISTA™, et al.**,
Plaintiff,
v.
**SANTANDER CONSUMER USA, et al.**,
Defendants.
Civil Action No. 3:24-cv-02935-K-BN

---

**AFFIDAVIT OF FACTS IN SUPPORT OF PLAINTIFF'S OBJECTION AND MOTION TO STRIKE MAGISTRATE JUDGE'S FINDINGS**

I, **Bautista, Robert-Allen**, under penalty of perjury pursuant to 28 U.S.C. § 1746, do hereby declare the following:

1. I am the natural person and authorized agent of the legal fiction/entity identified as **ROBERT ALLEN BAUTISTA™**, and I submit this affidavit in support of my objection to Magistrate Judge David L. Horan's Findings and Recommendation (Doc. 51), and to move that all orders and recommendations made by Judge Horan be declared **void ab initio** due to prejudicial conduct and bias.

2. In the original credit transaction referenced in this matter, I—the undersigned—provided the **entire value of the transaction** through my signature. Said signature constituted a negotiable instrument, giving rise to the funding of the loan through the use of the application and the original contract.

3. Upon information and belief, Defendants securitized the application and original contract, **monetized them through third-party financial processes**, and used the proceeds to purchase the automobile. The resulting funds were not disclosed to me, nor was I advised of the securitization or monetization at the time of contract.

4. Instead of properly disclosing these facts or discharging the obligation created by my original signature, Defendants misrepresented the transaction and **enticed me into a fraudulent peonage relationship**, compelling me to make additional payments toward an obligation that had already been satisfied or discharged through the securitization.

5. Upon discovering this scheme, I pursued **administrative exhaustion**, issuing lawful notices and demands in an attempt to cure or resolve the matter privately. The failure by Defendants to respond in substance or in good faith led to the necessity of filing this **private right of action** in a public court forum.

6. Defendants have consistently failed to rebut or dishonor the notices of dispute or present any verified accounting under oath. Their **silence constituted tacit acquiescence**, resulting in default under established commercial principles.

7. Throughout this litigation, I have consistently alleged **breach of fiduciary duty** and violations of the Fair Credit Reporting Act (FCRA), among other claims. Several amended complaints and objections have survived motions to dismiss on the **merits of the law** and factual basis of the claims.

8. As held in **Fair v. Kohler Die & Specialty Co., 228 U.S. 22 (1913)**:

"The party bringing the suit is master to decide what law he will rely upon."

Therefore, when a Plaintiff's cause of action arises under an Act of Congress, such as the FCRA, the Court cannot defeat jurisdiction by merely denying the merits. The Court is bound to **adjudicate the case**.

9. As it pertains to **contract law**, the legal doctrine of **discharge of contract** includes various methods by which an obligation may be nullified, including but not limited to:

payment, satisfaction, release, rescission, set-off, extinction, confusion, bankruptcy, and lapse of time, as enumerated in Bouvier's Law Dictionary (1856). In this matter, the contract was discharged by a combination of **payment, securitization, and administrative exhaustion**.

10. Furthermore, under the modern monetary system, currency is issued against **Government obligations, drafts, bills of exchange, and bankers' acceptances**, all of which are backed by the credit of the people. The **instrument bearing my signature** served as collateral and credit, constituting payment in full.

11. Defendants' failure to acknowledge, rebut, discharge, or provide full disclosure regarding the value received constitutes **fraud, breach of fiduciary duty, and unjust enrichment**.

12. Their continued efforts to enforce payment on a debt that has already been satisfied constitute **fraudulent inducement**, misrepresentation, and **economic harm**, particularly when done under the color of legal process.

13. I affirm that all allegations made herein are based upon **firsthand knowledge**, public records, commercial law, administrative record, and the unrefuted conduct of Defendants.

14. Magistrate Judge David Horan has demonstrated **prejudicial behavior** throughout this case and in at least two other federal proceedings. His repeated adverse rulings against me, particularly denying every attempt at discovery while allowing Defendants full procedural advantage, evinces **partiality and lack of judicial neutrality**.

15. As such, I submit this Affidavit in support of my **objection** to his latest Findings and in support of my **motion to strike all prior rulings**, and for **his recusal pursuant to 28 U.S.C. §§ 144 and 455**.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, belief, and understanding.

**Executed on this 15th day of July, 2025**

Respectfully submitted,

WITHOUT RECOURSE
WITHOUT PREJUDICE
FOR: ROBERT ALLEN BAUTISTA™
BY: Bautista, Robert-Allen / Agent
------------------------------
Robert Allen Bautista / Attorney-In-Fact
