IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-2935-K |
| | § | |
| SANTANDER CONSUMER USA, AUDI | § | |
| HENDERSON, EQUIFAX INC., | § | |
| EXPERIAN CORPORATION, and | § | |
| TRANSUNION, | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been

duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and

DECREED that the motion for leave to file a surreply as amended [Dkt. No. 34 & 36]

is DENIED, the motion to strike the unauthorized surreplies [Dkt. No. 47] is

GRANTED, the motions to dismiss the amended complaint [Dkt. Nos. 12, 17, & 30]

are GRANTED, and this lawsuit is DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed August 5th, 2025.

_____

ED KINKEADE
UNITED STATES DISTRICT JUDGE