IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN BAUTISTA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-2935-K |
| | § | |
| SANTANDER CONSUMER USA, AUDI HENDERSON, EQUIFAX INC., EXPERIAN CORPORATION, and TRANSUNION, | § § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court DENIES Plaintiff's September 2, 2025 motion for relief under Federal Rule of Civil Procedure 59(e) [Dkt. No. 58] for the reasons set out in the August 20, 2025 order [Dkt. No. 57] denying his August 12, 2025 Rule 59(e) motion. *Cf. Wilmington Savs. Fund Soc'y, FSB v. Myers*, 95 F.4th 981, 982 (5th Cir. 2024) (per curiam) ("Successive motions under Rule 59(e) will not indefinitely toll the prescribed period for filing a notice of appeal, as a party may not continue to file Rule 59(e) motions in order to forestall the time for appealing; only the first motion stops the clock." (cleaned up)).

SO ORDERED.

Signed September 3rd, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE